**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-cr-00237 |
| v. | (SAPORITO, J.) |
| JOSE LEON-AVALOS, | |
| Defendant. | |

**ORDER**

AND NOW, this 11th day of September, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendant's motion to strike (Doc. 37) is **DENIED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge